IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| MIDLAND TRUST COMPANY, as guardian of the estate of BELLA REYES, a minor; ADELIDA COLIN; and RODRIGO REYES, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 23-cv-14492 |
| THE UNITED STATES OF AMERICA; CLAIRE MICHELSEN, CNM; and WEST SUBURBAN MIDWIFE ASSOCIATES, LTD., | ) ) ) ) ) | |
| Defendants. | ) | |

**RULE 41(1)(A)(II) STIPULATION OF PARTIAL
DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, MIDLAND TRUST COMPANY, as guardian of the estate of BELLA REYES, a minor, ADELIDA COLIN, and RODRIGO REYES; Defendants, CLAIRE MICHELSEN, CNM, and WEST SUBURBAN MIDWIFE ASSOCIATES, LTD.; and Defendant, UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This stipulation applies solely to Defendants, CLAIRE MICHELSEN, CNM, and WEST SUBURBAN MIDWIFE ASSOCIATES, LTD.;

2. There are no pending counterclaims between Defendants, CLAIRE MICHELSEN, CNM, WEST SUBURBAN MIDWIFE ASSOCIATES, LTD. and THE UNITED STATES OF AMERICA;

3. All claims against Defendants, CLAIRE MICHELSEN, CNM, and WEST SUBURBAN MIDWIFE ASSOCIATES, LTD. are hereby dismissed with prejudice;

4. This stipulated dismissal as to certain defendants only does not affect any claims against any other defendant, and the case shall proceed against all remaining defendants.

5. Each party shall bear its own attorneys' fees and costs with respect to the dismissed defendants.

So Stipulated:

*For Plaintiff, Midland Trust Company as Guardian of the Estate of Bella Reyes, a minor and Adelaida Colin & Rodrigo Reyes, Individually*

/s/ Emilio E. Machado
Emilio E. Machado – ARDC No. 6189279
**RUBIN & MACHADO, LTD.**
230 W. Monroe Street, Suite 2530
Chicago, Illinois 60606
(312) 327-1840
emachado@rubin-machado.com

*For Defendants, Claire Michelsen, CNM and West Suburban Midwife Associates, Ltd.*

/s/ Kevin V. Boyle
Kevin V. Boyle – ARDC No. 6209809
**SWANSON, MARTIN & BELL, LLP**
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-8452
kboyle@smbtrials.com

*For Defendant, United States of America*

ANDREW BOUTROS, United States Attorney

By: /s/ Nigel B. Cooney
Nigel. B. Cooney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1996
nigel.cooney@usdoj.gov