UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADELAIDA COLIN & RODRIGO REYES individually and as parents of BELLA REYES, a minor | ) ) ) ) | |
| Plaintiff, | ) ) | No. 23 C 14492 |
| v. | ) ) | Judge Kennelly |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNOPPOSED DEFENDANT'S MOTION
TO REMOVE PLEADING FROM THE DOCKET**

Defendant, United States, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves to remove a motion for an extension of time for a different case that was inadvertently filed at docket number 97, stating:

1. On February 20, 2026, the undersigned inadvertently filed a pleading from a different case at docket number 97.

2. Accordingly, the defendant requests that the court order docket number 97 removed from the docket.

WHEREFORE, the defendant requests that the court order docket number 97 removed from the docket.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov